# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:01-CR-00193-GCM

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL LAMONT POOLE,<br><br>　　　　Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on the Court's own motion. Defendant Michael Lamont Poole filed a pro se Motion to Reduce Sentence Pursuant to First Step Act 2018 (Doc. No. 69). The Court instructs the Government to respond to this Motion within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: May 19, 2021

Graham C. Mullen
United States District Judge