# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:01-cr-00193-GCM

| | |
|---|---|
| USA<br><br>v.<br><br>MICHAEL LAMONT POOLE,<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Defendant Michael Lamont Poole filed a Motion for Compassionate Release (ECF No. 101). The Court instructs the Government to respond to this Motion within 60 days of entry of this Order.

**SO ORDERED**.

Signed: February 1, 2024

Graham C. Mullen
United States District Judge